SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ  08107
Tel.: 856-526-1100
Fax: 866-300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

*Additional counsel on signature page*

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KW SCHRAMEK TRUCKING,<br><br>                       Plaintiff<br><br>vs.<br><br>CUMMINS, INC.,<br><br>                       Defendant. | No.: 2:17-cv-00309 (WHW) (CLW)<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, KW Schramek Trucking, voluntarily dismisses this action without prejudice.

Date:  March 20, 2017        SHEPHERD, FINKELMAN, MILLER
                                                                         & SHAH, LLP

                                                 By:   /s/James C. Shah
                                                               James C. Shah
                                                               Natalie Finkelman Bennett

475 White Horse Pike
Collingswood, NJ 08107
Tel.: 856-858-1770
Fax: 866-300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

James M. Mulvaney
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2017
Tel: 973-993-8100
Fax: 973-425-0161
jmulvaney@mdmc-law.com

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: 973-994-1700
jcecchi@carellabyrne.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2017, I caused the foregoing to be filed with the clerk of the Court using the CM/ECF filing system and, by so doing, served all counsel of record electronically.

IT IS SO ORDERED: 8/17/17
S/ William H. Walls, USDJ
U.S.D.J.

/s/James C. Shah